# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

LARRY HOLMBERG,                       Civil No. 10-2900 (JRT/XXX)

                  Plaintiff,

v.

                                           **ORDER**

J & K OUTDOOR PRODUCTS, INC.,

                  Defendant.

_____

       Carolyn Beck and David Fairbairn, **KINNEY & LANGE, PA**, 312 South Third Street, Minneapolis, MN 55415, for plaintiff.

       Peter Nikolai, **NIKOLAI & MERSEREAU,** 900 Second Avenue South, Suite 820, Minneapolis, MN 55402, for defendant.

       This matter is before the Court on the stipulation by the parties for an extension of time for defendants to answer or otherwise plead to the Complaint [Docket No. 3].

       Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that J & K Outdoor Products, Inc.'s deadline to answer or otherwise respond to the Complaint is extended to August 30, 2010.

DATED: July 29, 2010
at Minneapolis, Minnesota.                             _____s/ John R. Tunheim_____
                                                                      JOHN R. TUNHEIM
                                                            United States District Judge